

**Marilyn Burgess**

HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**DATE 2/4/2025**

## NOTICE OF APPEALS
## ASSIGNMENT OF COURT THE COURT OF APPEALS

**TO:    15TH COURT OF APPEALS**

**From: Deputy Clerk: KATRINA SOLOMON**
**Marilyn Burgess, District Clerk**
**Harris County, T E X A S**

**CAUSE: 2021-73071       COURT: 152ⁿᵈ       RELATED APPEAL: NONE**

**CASE STATUS: READY DOCKET           IMAGE #(S): 118447711**

**TENTATIVE DUE   2/14/2025       ATTORNEY 00793905**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE  15TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED: 1/14/2025**

**MOTION FOR NEW TRIAL DATE FILED   NONE**

**FINDINGS OF FACT & CONCLUSIONS OF LAW FILED   NONE**

**REQUEST TRANSCRIPT DATE FILED     NONE**

**NOTICE OF APPEAL DATE FILED     2/3/2025**

**NUMBER OF DAYS: ( CLERKS RECORD )  10 DAYS**

**FILE ORDERED:  YES ☐   NO ☐   IMAGED FILED:   YES ☐   NO ☐**

**CODES FOR NOTICE OF APPEAL: D, OA**

**COURT REPORTER:  CANTRECE ADDISON**

MARILYNN BURGESS
Harris County, District Clerk

By:  /s/ Katrina Solomon
**KATRINA SOLOMON, Deputy**



# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**BC - NOTICE OF APPEAL FILED**
**BG - NOTICE OF APPEAL FILED – GOVERNMENT**
**C - JUDGMENT BEING APPEALED**
**D - ACCELERATED APPEAL**
**OA - NO CLERK'S RECORD REQUEST FILED**
**O - CLERK'S RECORD REQUEST FILED (W/ NOTICE OF APPEAL)**
**NA - AMENDED NOTICE OF APPEAL**
**CR – CROSS APPEAL**
**H - PAUPER'S OATH FILED**